JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ENRIQUE VEGA, | Case No. LA CV 17-1406 R (JCG) |
| Petitioner, | **JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and this Court's Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: July 11, 2017

                                            HON. MANUEL L. REAL
                                   UNITED STATES DISTRICT JUDGE